UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

```
X  FILED      ___ LODGED
___ RECEIVED  ___ COPY

   JAN 0 3 2011

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN RE: ZICAM COLD REMEDY MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL No. 2096

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-27)**

On October 9, 2009, the Panel transferred 8 civil action(s) to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 655 F.Supp.2d 1371 (J.P.M.L. 2009). Since that time, 177 additional action(s) have been transferred to the District of Arizona. With the consent of that court, all such actions have been assigned to the Honorable Frederick J Martone.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Arizona and assigned to Judge Martone.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Arizona for the reasons stated in the order of October 9, 2009, and, with the consent of that court, assigned to the Honorable Frederick J Martone.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

   Dec 29, 2010

    CLERK'S OFFICE
     UNITED STATES
   JUDICIAL PANEL ON
 MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on __1-3-11__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy

IN RE: ZICAM COLD REMEDY MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL No. 2096

### SCHEDULE CTO-27 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 10-03286 | Cossette, et al v. Matrixx Initiatives Inc., et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 10-81529 | Ruenette Davis, et al. v. Matrixx Initiatives, Inc. et al |
| FLS | 9 | 10-81563 | Benfante et al v. Matrixx Initiatives, Inc. et al |
| **IDAHO** | | | |
| ID | 4 | 10-00607 | Stevenson v. Matrixx Initiatives, Inc. |
| **INDIANA NORTHERN** | | | |
| INN | 1 | 10-00430 | Grabemeyer et al v. Matrixx Initiatives Inc et al |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 10-02265 | Weber v. Matrixx Initiatives, Inc., et al. |
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 10-01185 | Sokol v. Matrixx Initiatives, Inc. et al |
| MOW | 4 | 10-01186 | Dedecker v. Matrixx Initiatives, Inc. et al |